UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHANNON MILLER,                    No. 2:09-cv-01687-MCE-KJM

    Plaintiff,

  v.                                **RELATED CASE ORDER**

MAYERS MEMORIAL HOSPITAL, et al.,

    Defendants.
_____/

SHANNON MILLER,                    No. 2:10-cv-02723-GEB-GGH

    Plaintiff,

  v.

MAYER MEMORIAL HOSPITAL, et al.,

    Defendants.
_____/

    The Court has received the Notice of Related Case filed on October 7, 2010.

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1 The actions involve many of the same defendants and are based on
2 the same or similar claims, the same property transaction or
3 event, similar questions of fact and the same questions of law,
4 and would therefore entail a substantial duplication of labor if
5 heard by different judges. Accordingly, the assignment of the
6 matters to the same judge is likely to effect a substantial
7 savings of judicial effort and is also likely to be convenient
8 for the parties.
9     The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15     IT IS THEREFORE ORDERED that the action denominated 2:10-cv-
16 02723-GEB-GGH, <u>Shannon Miller v. Mayer Memorial Hospital, et al.</u>
17 is reassigned to Judge Morrison C. England, Jr. and Kimberly J.
18 Mueller for all further proceedings, and any dates currently set
19 in this reassigned case only is hereby VACATED.  The Clerk of the
20 Court is to issue an Order Requiring Joint Status Report.
21 Henceforth, the caption on documents filed in the reassigned case
22 shall be shown as 2:10-cv-02723-MCE-KJM.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

     IT IS SO ORDERED.

Dated: October 19, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE